Acknowledged
TWP
July 25, 2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| **CONNIE LANG,**<br><br>  **Plaintiff,**<br><br>v.<br><br>**ASSET RECOVERY SOLUTIONS, LLC, AND VELOCITY INVESTMENTS, LLC,**<br><br>  **Defendants.** | **Case No: 4:23-cv-00087-TWP-KMB** |

### JOINT STIPULATION OF DISMISSAL PURSUANT TO RULE 41 AS TO DEFENDANTS ASSET RECOVERY SOLUTIONS, LLC AND VELOCITY INVESTMENTS, LLC

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Connie Lang, by and through undersigned counsel, hereby voluntarily dismisses Defendants Asset Recovery Solutions, LLC and Velocity Investments, LLC, and requests this action and all claims and defenses asserted therein be dismissed with prejudice. Each party bears its own fees and costs.

Dated: July 21, 2023

Respectfully Submitted,

| **Barshay, Rizzo and Lopez, PLLC** | **Barber & Bauer, LLP** |
|---|---|
| <u>*/s/David M. Barshay, Esq.*</u><br>David M. Barshay, Esq<br>445 Broadhollow Road, Ste. CL18<br>Melville, NY 11747<br>E-mail: dbarshay@brlfirm.com<br>T: (631) 210-7272<br>F: (516) 706-5055 | <u>*/s/ Greg J. Freyberger, Esq*</u><br>Greg J. Freyberger, IN #22966-49<br>124 SE First St Ste. 101<br>Evansville, IN 47708<br>E-mail: Greg@barlegal.net<br>T: (812) 425-9211<br>F: (812) 425-9216 |